**IT IS SO ORDERED.**

**Dated: 11:43 AM May 05 2009**

*[Signature]*
MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. **07-51027** |
| | ) | |
| **Marlynn Renee O'Neal**, | ) | CHAPTER **13** |
| DEBTOR(S) | ) | |
| | ) | |
| **United States Trustee**, | ) | |
| PLAINTIFF(S), | ) | **ADVERSARY NO. 08-5031** |
| | ) | |
| vs. | ) | JUDGE MARILYN SHEA-STONUM |
| | ) | |
| **Countrywide Home Loans, Inc.**, | ) | |
| DEFENDANT(S). | ) | **ORDER AND MEMORANDUM OF PRE-TRIAL CONFERENCE HELD ON May 05, 2009** |
| | ) | |
| | ) | |

**PARTICIPANTS:**

| | | |
|---|---|---|
| Dean Wyman | *as counsel for* | United States Trustee |
| Andy Vara | *as counsel for* | United States Trustee |
| Jeremy M Campana | *as counsel for* | Countrywide Home Loans, Inc. |
| Robert C Folland | *as counsel for* | Countrywide Home Loans, Inc. |
| Thomas Connop | *as counsel for* | Countrywide Home Loans, Inc. |

Based upon the representations of counsel during the pre-trial conference the parties and/or their counsel shall comply with the following schedule prior to the May 11, 2009 hearing:

1. That by not later than **May 7, 2009 at 4:00 p.m. EST** the United States Trustee shall file its pre-hearing brief.

2. That by not later than **May 8, 2009 at 5:00 p.m. EST** counsel for Countrywide may file a response to the United States Trustee's pre-hearing brief.

3. That by not later than **May 8, 2009 at 3:00 p.m. EST** counsel shall jointly file with the Court a list of stipulations which are not in dispute with respect to Countrywide's name change and any issues regarding successor liability.

# # #

cc (*via* electronic mail):

| | | |
|---|---|---|
| Dean Wyman | *as counsel for* | United States Trustee |
| Andy Vara | *as counsel for* | United States Trustee |
| Jeremy M Campana | *as counsel for* | Countrywide Home Loans, Inc. |
| Robert C Folland | *as counsel for* | Countrywide Home Loans, Inc. |
| Thomas Connop | *as counsel for* | Countrywide Home Loans, Inc. |